UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. POLLARD, et al.,<br><br>　　　　Defendants. | No. 2: 21-cv-0164 JAM KJN P<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 4, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

　　　　The magistrate judge recommended that plaintiff's application to proceed in forma pauperis be denied because plaintiff has three strikes pursuant to 28 U.S.C. § 1915(g). The magistrate judge also found that plaintiff's complaint did not meet the imminent danger exception to 28 U.S.C. § 1915(g). In response to the findings and recommendations, plaintiff filed an amended complaint. The court has reviewed plaintiff's amended complaint and finds that it does

not meet the imminent danger exception to 28 U.S.C. § 1915(g).

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 4, 2021 are adopted in full; and

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied; within thirty days of the date of this order, plaintiff shall pay the $400 filing fee; failure to pay the filing fee within that time will result in dismissal of this action.

DATED: March 19, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE